JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FDA

**City**  Belmont, MA                    **Related Case Information:**

**County**  Middlesex, County          Superseding Ind./ Inf. _____    Case No. _____
                                        Same Defendant _____    New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number  19-MJ-6147-MPK
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Yalan TANG                    Juvenile:    ☐ Yes  ☑ No

            Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name   _____

Address        (City & State)  Belmont, Massachusetts

Birth date (Yr only): 1981   SSN (last4#): 4560   Sex F     Race: Chinese     Nationality: China

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Chris Looney                    Bar Number if applicable   676187

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

    ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ——    ☐ Misdemeanor ——    ☑ Felony  22

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   November 5, 2020  ⊞        Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 371 | Conspiracy to Smuggle and Introduce Misbranded Drugs with Intent to Defraud and Mislead | 1 |
| Set 2  21 U.S.C. § 331(a) and 333 | Introduction of misbranded drugs into interstate commerce with intent to defraud and mislead | 2-22 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  **II**          Investigating Agency  **FDA**

**City**   **Belmont, MA**                    **Related Case Information:**

**County**   **Middlesex, County**          Superseding Ind./ Inf. _____   Case No. _____
                                            Same Defendant _____   New Defendant _____
                                            Magistrate Judge Case Number _____
                                            Search Warrant Case Number   19-MJ-6147-MPK
                                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Chenguang GONG                          Juvenile:   ☐ Yes ☑ No

              Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name   _____

Address       (City & State)  Belmont, Massachusetts

Birth date (Yr only): 1982   SSN (last4#): 6230   Sex M   Race: Chinese   Nationality: China

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Chris Looney                    Bar Number if applicable   676187

Interpreter:   ☐ Yes ☑ No          List language and/or dialect: _____

Victims:   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

      ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony   22

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   November 5, 2020  ⊞          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Smuggle and Introduce Misbranded Drugs with Intent to Defraud and Mislead | 1 |
| Set 2 | 21 U.S.C. § 331(a) and 333 | Introduction of misbranded drugs into interstate commerce with intent to defraud and mislead | 2-22 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013