UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-10266-RGS |
| | ) | |
| (1)    CHENGUANG GONG and | ) | |
| (2)    YALAN TANG, | ) | |
| | ) | |
| Defendants | ) | |

## <u>NOTICE REGARDING HEARING ON MOTIONS TO SUPPRESS</u>

The Court has scheduled a hearing in this matter on pending motions to suppress (Dkt. Nos. 56-59) for February 14, 2024.

The hearing had previously been scheduled for December 20, 2023. The parties jointly requested a continuance to permit the parties to pursue plea discussions which would obviate the need for a hearing on the pending motions and for a trial in this matter.

The parties report that they have not reached any agreement to resolve the case against either defendant and anticipate that the hearing scheduled for February 14, 2024 will be required.

Respectfully submitted,

CHENGUANG GONG
By His Attorney,

/s/ Robert M. Goldstein
Robert M. Goldstein, Esq.
Goldstein Law Firm
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

UNITED STATES OF AMERICA,
By Its Attorney,

JOSHUA S. LEVY
Acting United States Attorney

/s/ Chris Looney
Christopher Looney
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3287
Christopher.Looney@usdoj.gov

YALAN TANG
By Her Attorney,

/s/ Douglas S. Brooks
Douglas S. Brooks, Esq.
Libby Hoopes Brooks & Mulvey P.C.
Mass. Bar No. 636697
260 Franklin Street
Boston, MA 02110
(617) 338-9300
dbrooks@lhbmlegal.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Chris Looney
Christopher Looney
Assistant United States Attorney

Dated: January 31, 2024